April 25, 2023

Re: *In re Purdue Pharma L.P.*, Case No. 22-110-bk

<u>Via ECF</u>

Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

The Debtors, the Official Committee of Unsecured Creditors, the Ad Hoc Group of Governmental and Other Contingent Litigation Claimants, the Multi-State Governmental Entities Group, and the Ad Hoc Group of Personal Injury Victims (collectively, the "**Parties**") respectfully write regarding the appeal currently pending under the caption *In re Purdue Pharma L.P.,* Case No. 22-110-bk.

As the Court is aware, the appeals from the Bankruptcy Court's September 17, 2021 order confirming Purdue's plan of reorganization proceeded on an expedited basis, culminating in oral argument before this Court on April 29, 2022. In the almost 12 months since the oral argument, and the 15 months since the expedited appeal was accepted by this Court, the Debtors (and thus their stakeholders' recoveries) have remained mired in bankruptcy, unable to consummate the chapter 11 plan or to forge some alternative path for emerging from bankruptcy for the benefit of creditors. Instead, individual opioid victims and countless other stakeholders—including States and their political subdivisions, Native American Tribes, schools, hospitals, third-party payors, and others, each of which voted overwhelmingly to accept the plan—stand in limbo without the funds that could be made available to help abate the opioid crisis. The Parties have also continued to receive daily inquiries from constituents regarding the status of the appeal and the underlying bankruptcy case.

More than $6 billion in cash plus additional material sources of value are dedicated to opioid claimants and abatement under the plan. Irrespective of the outcome of this appeal, significant additional time and efforts will be needed to distribute money to victims and for opioid abatement—whether by implementing the plan currently on appeal or by seeking to forge an alternative path forward. Those efforts will—in all events—take time. Crafting the plan on appeal took well over two years and the involvement of hundreds of victims, advocates, representatives and professionals. And that work cannot progress until the Court rules. It would be tremendously helpful to the Parties and their constituents to understand the timeline within which the Court anticipates reaching a decision. The Parties respectfully request that the Court do whatever is possible at this point to provide an update or issue a ruling as soon as possible.

                                                        Respectfully Submitted,

| | |
|---|---|
| /s/ Arik Preis<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>One Bryant Park<br>New York, NY 10036<br>Telephone: (212) 872-1000<br>Arik Preis<br>Mitchell Hurley<br>Sara L. Brauner<br><br>*Counsel to the Official Committee of Unsecured Creditors of Purdue Pharma L.P.,* et al. | /s/ Marshall S. Huebner<br>DAVIS POLK & WARDWELL LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>Telephone: (212) 450-4000 Facsimile: (212) 701-5800<br>Marshall S. Huebner<br>Benjamin S. Kaminetzky<br>James I. McClammy<br>Eli J. Vonnegut<br><br>*Counsel to the Debtors and Debtors in Possession* |
| /s/ Kenneth H. Eckstein<br>Kenneth H. Eckstein<br>Rachael Ringer<br>David E. Blabey Jr.<br>KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 715-9100<br><br>*Counsel for the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants* | /s/ Kevin C. Maclay<br>Kevin C. Maclay, Esq.<br>Jeffrey A. Liesemer, Esq.<br>Lucas H. Self<br>CAPLIN & DRYSDALE, CHARTERED<br>One Thomas Circle, NW, Suite 1100<br>Washington, DC 20005<br>Tel: (202) 862-5000<br>Fax: (202) 429-3301<br>kmaclay@capdale.com<br>jliesemer@capdale.com<br>lself@capdale.com<br><br>*Counsel for The Multi-State Governmental Entities Group* |
| /s/ J. Christopher Shore<br>WHITE & CASE LLP<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Tel.: (212) 819-8200<br>Fax: (212) 354-8113<br>J. Christopher Shore<br>Michele J. Meises<br>Alice Tsier<br><br>*Counsel for Ad Hoc Group of Individual Victims of Purdue Pharma L.P.* | |