# TIFFINEE M. SCOTT
# AVA S. SCOTT

*Re: In re Purdue Pharma L.P., Case No. 22-110-bk*

May 9, 2023

Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Dear Honorable Judges Newman, Wesley and Lee:

We write this letter in memory of our daughter Tiarra Renee Brown Lewis who suffered from Sickle Cell disease and was prescribed opioids (OxyContin) for her pain. That turned her life into an addiction nightmare and she died of overdose on May 17, 2020. She was 28 at the time of her death.

Our grief was unimaginable, but with time, we were able to channel that grief into helping others suffering from addiction and fighting for them so that no parent ever sufferers like we did, and still do. For example, we were strong advocates of Maryland's Good Samaritan Law Expansion, which we hope Governor Moore will sign this June. Maryland, unfortunately, is experiencing a dramatic increase in overdose deaths this year.

We also received some closure when we confronted the Sacklers in the Bankruptcy Court over their misdeeds, along with 26 other families who also expressed their excruciating loss.

While we will never forgive the Sacklers, we supported the Purdue settlement because many victims like us desperately need the compensation and the states need the money to abate the opioid crisis, which is killing hundreds of people a day. We supported the settlement because we understand the pain of losing a child, and anything we could do to prevent even one other parent from losing a child is worth it. We were hoping that the money could be released as soon as possible.

Unfortunately, that was not the case, and we recently lost our second daughter to overdose on February 21, 2023 (we are not writing her name for the sake of her children's privacy). She was 27. While everyone focuses on the pain of a parent losing a child, sibling grief is real. Our entire family was broken when we lost Tiarra, and our second daughter never recovered from the loss of her sister. Today, we live with our two grandchildren, and two urns containing the ashes of our two children. This is a reality we never fathomed.

We hope to become the permanent guardian of our daughter's two beautiful little children, ages 1 and 7.  And while the grief is incomprehensible, it is compounded by the added expenses which we are struggling to deal with. We now need money to help raise our two grandchildren, who did not deserve to lose their mother.

However, this letter is not advocating that the Court rule one way or another.  What we are respectfully asking the Court to do is to issue ***any*** decision, regardless of what it is.  The limbo that we and thousands of other victims live with every day is just adding pain to our already-unbearable grief.  The Court issuing a decision, whatever it is, will help us know where we stand so we can begin to plan our next steps and move on.  As parents, the wait itself is devastating.

As we wait, hundreds of kids die of overdose each day, and many like us are beginning to experience the loss of a second child.  If you have children, we do not need to tell you want that means.

We know you are very busy and deal with hundreds of cases a year, if not more.  But if you could please, ***please***, find a way to come to a decision in this case it would at least take us, and many others like us, out of the horrible limbo we are in.

Very truly yours,

*Tiffinee, Ava & family*