# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 25th day of July, two thousand twenty-three,

Before:       Jon O. Newman,
                   Richard C. Wesley,
                   Eunice C. Lee,
                         *Circuit Judges,*

_____

| | |
|---|---|
| In Re: Purdue Pharma L.P., Purdue Pharma Inc, Purdue Transdermal Technologies L.P., Purdue Pharma Manufacturing L.P., Purdue Pharmaceuticals L.P., Imbrium Therapeutics L.P., Adlon Therapeutics L.P., Greenfield BioVentures L.P., Seven Seas Hill Corp., Ophir Green Corp., Purdue Pharma of Puerto Rico, Avrio Health L.P., Purdue Pharmaceutical Products L.P., Purdue Neuroscience Company, Nayatt Cove Lifescience Inc., Button Land L.P., Rhodes Associates L.P., Paul Land Inc., Quidnick Land L.P., Rhodes Pharmaceuticals L.P., Rhodes Technologies, UDF LP, SVC Pharma LP, SVC Pharma Inc., <br>           Debtors. | **ORDER** <br><br> Docket Nos. 22-110(L), <br> 22-113(Con), 22-115(Con), <br> 22-116(Con), 22-117(Con), <br> 22-119(Con), 22-121(Con), <br> 22-299(Con), 22-203(XAP). |

**************************************

Purdue Pharma, L. P., Purdue Pharma Inc, Purdue Transdermal Technologies L.P., Purdue Pharma Manufacturing L.P., Purdue Pharmaceuticals L.P., Imbrium Therapeutics L.P., Adlon Therapeutics L.P., Greenfield BioVentures L.P., Seven Seas Hill Corp., Ophir Green Corp., Purdue Pharma of Puerto Rico, Avrio Health L.P., Purdue Pharmaceutical Products L.P., Purdue Neuroscience Company, Nayatt Cove Lifescience Inc., Button Land L.P., Rhodes Associates L.P., Paul Land Inc., Quidnick Land L.P., Rhodes Pharmaceuticals L.P., Rhodes Technologies, UDF LP, SVC Pharma LP, SVC Pharma Inc.,

             Debtors-Appellants-Cross-Appellees,

The Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al., Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants, The Raymond

Sackler Family, Ad Hoc Group of Individual Victims of Purdue Pharma, L.P., Multi-State Governmental Entities Group, Mortimer-Side Initial Covered Sackler Persons,

   Appellants-Cross-Appellees,

v.

The City of Grande Prairie, as Representative Plaintiff for a Class Consisting of All Canadian Municipalities, the Cities of Brantford, Grand Prairie, Lethbridge, and Wetaskiwin., The Peter Ballantyne Cree Nation, on behalf of All Canadian First Nations and Metis People, the Peter Ballantyne Cree Nation on behalf itself, and the Lac La Ronge Indian Band,

   Appellees-Cross-Appellants,

The State of Washington, State of Maryland, District of Columbia, U.S. Trustee William K. Harrington, State of Connecticut, Ronald Bass, State of California, People of the State of California, by and through Attorney General Rob Bonta, State of Oregon, State of Delaware, by and through Attorney General Jennings, State of Rhode Island, State of Vermont, Ellen Isaacs, on behalf of Patrick Ryan Wroblewski, Maria Ecke, Andrew Ecke, Richard Ecke,

   Appellees.

_____

  Appellee U.S. Trustee William K. Harrington moves for a stay of this Court's mandate pending disposition of a petition for writ of *certiorari*.

  IT IS HEREBY ORDERED that the motion to stay the mandate is DENIED.

        For the Court:
        Catherine O'Hagan Wolfe,
        Clerk of Court